Dear Honorable Judge,

My name is Jonathan Gentry, and I am sorry that this is the way we meet. I am writing this letter to accept full responsibility for the actions I have been accused of, as well as the choices that led me here. I accept responsibility for choosing to involve myself with MV1-3 and PV1's mother. While my intention was to help her and her children escape the difficulties of their situation, I now understand there were other options available that I did not see or pursue. I regret that I did not have the awareness or maturity at that time to make better decisions.

I also accept responsibility for becoming part of their lives without being able to live up to the responsibilities of a young adult. I failed to provide the safe space those children needed to grow, learn, and become healthy members of society. Instead, by my choices, I led them onto a more difficult path. My actions did not only affect them but also reached others around them — their friends, MV4 and PV2, my own daughter, and their mother.

Beyond them, my choices have impacted my family, friends, and coworkers. Since my previous incarceration, I had worked to build a new life. I grew close to my coworkers, many of whom became trusted friends, and I have had to cut those ties due to these new accusations. I developed meaningful relationships, and most recently, I found someone with whom I built the most genuine and committed relationship I have ever known. She has stood by me, fully aware of my past conviction, and now she too has been pulled into this process.

My family, who offered little support during my 2013 conviction, has become much more supportive this time. I regret that they must once again carry the burden of my choices. Still, I am thankful for their presence in my life now.

I want to be clear: I accept responsibility for the wrong I have done. At the same time, I also believe that I am capable of doing good. I regret not being the man I am today back when those children and their mother needed me. I regret the harm I caused my ex-wife, and though divorce was the decision I made, I trust that God has a plan even in that. I believe God placed you in your role to judge fairly, and I trust His guidance in the decision you must make.

Whatever the outcome — whether it is freedom or prison — I trust that God's will is greater than my own. I rest in the truth that Jesus accepts me as I have accepted Him as my Lord and Savior. This is not to excuse my actions or hide behind divine forgiveness. Instead, it is to say that I believe good can still overcome evil, even through my life and choices moving forward.

The last ten years have shown that I am not a danger to the community or to the victims of either this case or the previous one. I understand that statistically someone with my background is often expected to reoffend, yet I believe my life these past ten years demonstrates the opposite. I know that no one can prove a negative about the future, but I am committed to continuing to prove through my actions — to you, to the victims, to my community, to experts, to my family and friends — that I am not a danger.



  Over the last decade, despite being labeled as a sex offender, a criminal, and a felon, I have worked harder than most people just to accomplish what I have. I have built relationships, held jobs, and grown in faith, all while carrying the weight of those labels. I would of course prefer not to receive a prison sentence, so I can continue to build on those relationships, support my fiancée, and pursue a new career. But if prison is the decision, then I will trust that God's will is at work, even if it means a greater purpose for me there. Even if that path ultimately ends with the death of my flesh, I will still rejoice in God's plan.

  More than anything, I hope my acceptance of responsibility allows the victims to begin healing and growing stronger each day. Just as I have become a better version of myself through these struggles, I pray they too can become better versions of themselves in their own journeys.

  Thank you for your time, for reading my story, and for your discernment in this matter. The word "discernment" has stood out to me over the past year, and I know that it is what you must embody as you make this decision. I do not envy the weight of your position, but I deeply respect and applaud the responsibility you carry.

Sincerely,
Jonathan Gentry